IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| DEBORA DELFIN, | ) | Civil No. 04-1519-JE |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Rory J. Linerud
LINERUD LAW FIRM
P. O. Box 1105
Salem, OR  97308-1105

   Attorney for Plaintiff

Neil J. Evans
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902

Joanne E. Dantonio
Michael McGaughran
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, WA  98104

    Attorneys for Defendant

JONES, Judge:

Magistrate Judge John Jelderks filed Findings and Recommendation (#13) on March 31, 2006, in the above-entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#13) dated March 31, 2006, in its entirety. The Commissioner's decision is affirmed and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 18th day of April, 2006.

                         /s/ Robert E. Jones
                         ROBERT E. JONES
                         United States District Judge